# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **RICKY LEE TAYLOR,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.  2:09cv194-MHT** |
| ) | **(LEAD CASE)** |
| **JEAN HARTZOG,** ) | **(WO)** |
| ) | |
|     **Defendant.** ) | |
| _____ | |
| **RICKY LEE TAYLOR,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.  2:09cv195-MHT** |
| ) | |
| **CALLIE HEATH,** ) | |
| ) | |
|     **Defendant.** ) | |
| _____ | |
| **RICKY LEE TAYLOR,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.  2:09cv196-MHT** |
| ) | |
| **GEORGE PARHAM,** ) | |
| ) | |
|     **Defendant.** ) | |
| _____ | |

| | |
|---|---|
| **RICKY LEE TAYLOR,**                )<br>                                                       )<br>        **Plaintiff,**                          )<br>                                                       )<br>**v.**                                                )<br>                                                       )<br>**JOHNA COTTON,**                    )<br>                                                       )<br>        **Defendant.**                       )<br>_____ | **CIVIL ACTION NO. 2:09cv197-MHT** |
| **RICKY LEE TAYLOR,**                )<br>                                                       )<br>        **Plaintiff,**                          )<br>                                                       )<br>**v.**                                                )<br>                                                       )<br>**MARSHALL WILLIAMS, JR.,**   )<br>                                                       )<br>        **Defendant.**                       ) | **CIVIL ACTION NO. 2:09cv198-MHT** |

## ORDER

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on March 26, 2009 (Doc. # 5), that these cases be dismissed pursuant to 28 U.S.C. § 1915(d) and (e)(2)(B)(i). After a review of the recommendation, to which no timely objections have been filed, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge is adopted and that these cases are dismissed pursuant to 28 U.S.C. § 1915(d) and (e)(2)(B)(i).

An appropriate judgment will be entered.

DONE, this the 24th Day of April, 2009.

           /s /   Myron H. Thompson          
**UNITED STATES DISTRICT JUDGE**