## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **RICKY LEE TAYLOR,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:09cv194-MHT |
| | ) | (LEAD CASE) |
| **JEAN HARTZOG,** | ) | (WO) |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| **RICKY LEE TAYLOR,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:09cv195-MHT |
| | ) | |
| **CALLIE HEATH,** | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| **RICKY LEE TAYLOR,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:09cv196-MHT |
| | ) | |
| **GEORGE PARHAM,** | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| **RICKY LEE TAYLOR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION NO.  2:09cv197-MHT** |
| | ) |
| **JOHNA COTTON,** | ) |
| | ) |
| **Defendant.** | ) |

_____

| | |
|---|---|
| **RICKY LEE TAYLOR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION NO.  2:09cv198-MHT** |
| | ) |
| **MARSHALL WILLIAMS, JR.,** | ) |
| | ) |
| **Defendant.** | ) |

## FINAL JUDGMENT

In accordance with the memorandum opinion and order entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that these cases are dismissed pursuant to 28 U.S.C. § 1915(d) and (e)(2)(B)(i).

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th Day of April, 2009.

    /s /   Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**